AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    3:20-cv-01703-EMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Websitebox Corp.__
was received by me on *(date)* __April 4, 2020__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Peyman Aleagha__, who is designated by law to accept service of process on behalf of *(name of organization)* __Websitebox Corp.__ on *(date)* __April 7, 2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __April 10, 2020__

_____
Server's signature

__Bill Freedman, Process Server__
Printed name and title

__509-157 Adelaide St. W, Toronto ON M5H4E7__
Server's address

Additional information regarding attempted service, etc: