# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SENCHA, INC.** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.: 3:20-cv-01703-EMC** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **WEBSITEBOX CORP.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff Sencha, Inc. and notifies the Court and all parties of its voluntary dismissal of this action, with prejudice.

Date: June 30, 2020.

Respectfully submitted,

**JONES & SPROSS PLLC**

/s/ *Alexius Miller*
Alexius Miller
California Bar No. 227004
alexius.miller@jonesspross.com
1605 Lakecliff Hills Ln., Suite 100
Austin, TX 78732
Telephone: (415) 968-6361
*Attorneys for Plaintiff Sencha, Inc.*

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of this pleading was served on all parties by virtue of the Court's electronic filing system this 30th day of June, 2020.

GRANTED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: June 30, 2020